

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-419-CV

IN THE INTEREST OF H.J.B.M., A CHILD

------------

FROM THE 233RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Jeannie M. filed a notice of appeal, stating her desire to appeal a "judgment or order" signed by the trial court on August 22, 2008. On November 3, 2008, we sent a letter to Appellant notifying her that we were concerned that this court may not have jurisdiction over her appeal because it appeared that the trial court had not signed a final judgment or other appealable order. *See* Tex. R. App. P. 26.1(a), 27.1(a). Our letter indicated that the appeal would be dismissed for want of jurisdiction unless by November 13,

---

[1] *See* Tex. R. App. P. 47.4.

2008, Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.  We have received no response.

Because there is no final judgment or appealable order, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, AND MCCOY, JJ.

DELIVERED:  December 18, 2008